IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEON LOPEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GLOBAL CREDIT & COLLECTION CORP. and GALAXY PORTFOLIOS, LLC,<br><br>　　　　Defendants. | No. 17-cv-00427<br><br>Honorable Judge Shah<br>Honorable Magistrate Judge Rowland |

### DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure ("Rule") 12(b), Defendants Galaxy Portfolios, LLC ("Galaxy") and Global Credit & Collection Corp. ("Global" and, collectively, with Galaxy, "Defendants") move to dismiss the First Amended Complaint – Class Action (the "Amended Complaint") of Plaintiff Leon Lopez ("Plaintiff"). The Amended Complaint should be dismissed under Rule 12(b)(5)–(6) because Plaintiff failed to serve Defendants with a relevant pleading at issue and, further, he cannot state a claim upon which relief may be granted under either the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA"), or the Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788–1788.32 (the "Rosenthal Act").

Because Plaintiff already had an opportunity to state a claim upon which relief may be granted, Defendants respectfully request that the Court dismiss the Amended Complaint with prejudice. *See Foman v. Davis*, 371 U.S. 178, 182 (1962) (dismissing with prejudice after the plaintiff's "repeated failure to cure deficiencies by amendments previously allowed").

WHEREFORE, for the foregoing reasons, as set forth more fully in the accompanying memorandum, Defendants respectfully request that the Court dismiss the Amended Complaint with prejudice.

Dated:  April 21, 2017 

Respectfully submitted,

GALAXY PORTFOLIOS, LLC and
GLOBAL CREDIT & COLLECTION CORP.

By:   /s/ Brian W. Ledebuhr
       One of Their Attorneys

Brian W. Ledebuhr
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2300
Chicago, Illinois 60601
T:  +1 (312) 609 7500
bledebuhr@vedderprice.com