IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEON LOPEZ, <br> on behalf of plaintiff and the <br> class members described herein, | ) <br> ) <br> ) <br> ) | 17-cv-00427 |
| Plaintiff, | ) <br> ) | Honorable Judge Shah |
| vs. | ) <br> ) | Honorable Magistrate Judge Rowland |
| GLOBAL CREDIT & COLLECTION <br> CORPORATION and <br> GALAXY PORTFOLIOS, LLC, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## NOTICE OF CLASS SETTLEMENT

Plaintiff Leon Lopez through his attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached agreed to settle this case on a class basis. Counsel for Plaintiff intends to file a motion for preliminary approval within the next 45 days.

Respectfully submitted,

s/Corey J. Varma
Corey J. Varma

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
Corey J. Varma
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Corey J. Varma, hereby certify that on Thursday, April 19, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon the following:

                                                s/Corey J. Varma
                                                Corey J. Varma

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
Corey J. Varma
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)